

No. 11–8017/AR.   In re Daniel Gaskins, Petitioner v. Hoffman, et al., Respondents. CCA 20080132.   Respondents are hereby ordered to show cause on or before May 9, 2011, why the requested relief should not be granted.

Wednesday, April 20, 2011

No. 11–0380/MC.   U.S. v. Napoleon C. Hernandez.   CCA 201000427.   Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDING IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0383/NA.   U.S. v. Gary W. Lumpkins, Jr.   CCA 201000554.   Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDING IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0401/AF.   U.S. v. David M. Attardo.   CCA S31853.   Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL

ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDING IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–6005/AR. U.S. v. Ronald D. Washington. CCA 20100961. On consideration of the petition for grant of review filed by counsel for the Appellant on April 8, 2011, under Rule 19(a) (5)(A), Rules of Practice and Procedure, United States Court of Appeals for the Armed Forces, and docketed under Docket Number 11–0436/AR, it appears that said Petition is in fact a petition for grant of review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862. Accordingly, it is ordered that Docket Number 11–6005/AR be forthwith assigned to this case, that Docket Number 11–0436/AR be removed from this case and not be assigned to any case in the future, that the Clerk's office and counsel for both parties herein promptly ensure that the new docket number assigned to this case be noted on all pleadings filed to date in this matter.